# JS 44 (Rev. 04/21) CIVIL COVER SHEET

(The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.)

## I. (a) PLAINTIFFS:

Dr. Jason S. Hansra
3050 N Palm Aire Drive, Unit 504
Pompano Beach, FL 33069
Email: doctorhansra@gmail.com



## (b) DEFENDANTS:

Marcella Nadolny; Corporal Kelsey Tercero; Officer Esnel Solis Exposito; Officer J. Woods; Lt. Chris Goldhorn; Collier County Sheriff's Office; Kevin Rambosk; Nico Vitale; Edwin Gomez, M.D.; Amanda Costa; Rafael Rodas; Ariela VanHara; David Lawrence Center; City of Naples; Sheriff's Department Executives; John and Jane Does 1–10

## (c) Attorneys (Firm Name, Address, and Telephone Number):

Dr. Jason S. Hansra
Pro Se Plaintiff
doctorhansra@gmail.com
Phone: 754-213-8076

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(Not Applicable – Federal Question Jurisdiction)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[X] 440 Other Civil Rights
[X] 422 Appeal 28 USC 158
[X] 950 Constitutionality of State Statutes

[X] 890 Other Statutory Actions
[X] 446 Americans with Disabilities – Other
[X] 470 RICO

### V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding

### VI. CAUSE OF ACTION:

42 U.S.C. § 1983 – Civil Rights Violations; 18 U.S.C. § 1961 – RICO; ADA; Conspiracy; False Arrest; Abuse of Process

### VII. REQUESTED IN COMPLAINT:

[X] Jury Demand
[X] Monetary Damages
[X] Injunctive Relief
[X] Declaratory Relief
[X] Other: Expungement and Protective Orders

### VIII. RELATED CASE(S) IF ANY:

None

Date: 6/13/2025
Signature of Attorney of Record:
(If Pro Se, sign and print name)