# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Dr. Jason S. Hansra,
Plaintiff,

v.

Marcella Nadolny; Corporal Kelsey Tercero; Officer Esnel Solis Exposito; Officer J. Woods; Lt. Chris Goldhorn; Collier County Sheriff's Office; Kevin Rambosk; Nico Vitale; Edwin Gomez, M.D.; Amanda Costa; Rafael Rodas; Ariela VanHara; David Lawrence Center; City of Naples; Sheriff's Department Executives; John and Jane Does 1–10,
Defendants.

Case No. _____

## SUMMONS IN A CIVIL ACTION

TO: The Defendants listed above

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Jason S. Hansra
3050 N Palm Aire Drive, Suite 504, Pompano Beach, Fl, 33026
DoctorHansra@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Dr. Jason S. Hansra,
Plaintiff,

v.

Marcella Nadolny, et al.,
Defendants.



Case No. _____

## MOTION TO SEAL OR PROTECT PLAINTIFF'S ADDRESS AND REQUEST FOR ALTERNATIVE SERVICE ADDRESS

Dr. Jason S. Hansra
3050 N Palm Aire Drive, Unit 504
Pompano Beach, FL 33069
Email: DoctorHansra@gmail.com
Phone: 754-213-8076

Dr. Jason S. Hansra
Pro Se Plaintiff
DoctorHansra@gmail.com
Phone: 754-213-8076
Date: 6/13/2025