# EXHIBIT A
# Body-Worn Camera Evidence, Police Report Statements, and Testimony Contradictions
# June 13, 2021 Incident – Naples, Florida

This exhibit summarizes material discrepancies between body-worn camera footage, police reports / Baker Act documentation, and sworn testimony of Corporal Kelsey Tercero. The purpose of this exhibit is to provide the Court with a structured reference identifying statements that appear inconsistent with the objective video record or later testimony.

## Part I – Contradiction Chart

| # | Report / Testimony Statement | Bodycam Evidence | Contradiction Summary |
|---|---|---|---|
| 1 | Plaintiff 'foaming at the mouth' indicating drug abuse | ~26:00–28:00 video segments show Plaintiff speaking clearly with no visible foam | Bodycam footage does not show the physical condition described in the report |
| 2 | Plaintiff had 'pinpoint pupils in darkness' | ~26:21 flashlight shone directly into Plaintiff's eyes immediately before observation | Pupil response appears consistent with normal reaction to bright light |
| 3 | Bedroom window blocked by '9-foot shrubs' | ~0:46–1:00 footage shows shrubs roughly 4 feet high and window visible | Visual evidence contradicts claim that access was blocked |
| 4 | Plaintiff claimed to work for FBI or U.S. Marshals | ~11:00–18:00 segments show Plaintiff referencing a friend's family connection | Bodycam does not show Plaintiff claiming federal employment |

| | | | |
|---|---|---|---|
| 5 | Plaintiff described as erratic and incoherent | ~11:00–22:00 segments show coherent answers and repeated break-in explanation | Video shows logical responses and attempts to provide evidence |
| 6 | Adderall abuse combined with alcohol | Medical testing referenced by Plaintiff showed no alcohol or illicit substances | Substance abuse allegations appear uncorroborated |
| 7 | Spouse in immediate fear of death threats | ~4:23–8:50 interview contains inconsistent statements | Statements relied upon appear unverified |
| 8 | Plaintiff believed house had booby traps or recorders | ~8:53–9:15 discussion originates from spouse allegations | Video suggests claims came from spouse rather than Plaintiff |
| 9 | Plaintiff possessed firearms and posed threat | ~11:57–13:00 Plaintiff states firearms stored at funeral home | No weapons found at residence |
| 10 | Break-in concerns described as delusional | ~0:46–3:56 Plaintiff attempts to show phone evidence | Officers declined to review evidence before mental-health determination |
| 11 | Plaintiff refused voluntary examination | Bodycam shows Plaintiff told he was 'just going to the doctor' | No documented informed refusal visible |
| 12 | Plaintiff called 911 repeatedly | Phone records referenced by Plaintiff indicate one call | Statement regarding multiple calls appears inconsistent |

## Part II – Timeline of Key Bodycam Events

| Time (Approx.) | Event | Significance |
| --- | --- | --- |
| 0:00–1:30 | Arrival; window and shrubs visible | Shrubs appear lower than described in report |
| 1:25–3:56 | Plaintiff explains suspected break-in | Officers do not inspect window or review phone evidence |
| 4:03–4:23 | Close view of Plaintiff's face | No foam visible |
| 4:23–8:50 | Interview with spouse | Threat allegations introduced without corroboration |
| 8:53–9:15 | Discussion of alleged devices | Claims appear to originate from spouse |
| 11:15–13:25 | Weapons discussion | Plaintiff states firearms not at residence |
| 17:35–18:50 | Plaintiff requests to leave safely | Statements consistent with break-in concern |
| 19:20–22:18 | Mental-health framing begins | Decision appears before evidence review |
| 22:25–23:26 | Handcuffing | Plaintiff appears compliant |
| 25:58–28:21 | Drug narrative discussion | Observations follow flashlight exposure |
| 33:00–34:30 | Safe-key discussion | Officer claims multiple 911 calls |
| 46:52–49:52 | Discussion of injunction process | Audio partially muted |
| 57:13–1:02:00 | Communication with facility | Plaintiff alleges inaccurate description provided |

## Summary

This exhibit compiles body-camera timestamps, report descriptions, and sworn testimony excerpts to assist the Court in evaluating whether written reports and testimony accurately reflect the events captured on video.

# EXHIBIT B
# Relevant Police Reports and Baker Act Documentation

## CAD Detail Report
### By Incident Number

| | |
|---|---|
| Address | 831 PALM VIEW DR |
| Incident # | SO210613300219249 |
| Agency | SO |
| Area/Beat | D1 / 1B |
| Operator ID | SO3894 |
| Operator Name | STEPHANIE CHRISTIANSEN |
| Primary Officer | SO3954 |
| Primary Unit ID | ESNEL SOLIS EXPOSITO |
| Console ID | SOD408 |

| | |
|---|---|
| Call Source ID | 1 E911 |
| Caller Name | |
| Caller Phone | |
| Caller Phone Type | |
| Create Timestamp | 06/13/21  22:09:46 |
| Dispatch Timestamp | 06/13/21  22:10:14 |
| Closed Timestamp | 06/13/21  23:57:23 |
| Inc Type Text | SUSPICIOUS |
| Modifying Circum. | GENERAL |
| Disposition Text | Z, R, N |

**Audit Time**

**Audit Text**

06/13/21  22:10:08  ADV THIS HAS HAPPENED MULTIPLE TIMES TONIGHT...REQ 1005 IN PERSON

06/13/21  22:09:46  1005 WITH    REF S13 ACTIVITY IN THE AREA....    ADV UNKNOWN SUBJS IN SILV VEH DRIVING BACK AND FORTH IN AREA.    BELIEVES SOMEONE WAS ALSO POSSIBLY TRYING TO GET INTO THE WINDOW OF THE HOUSE--UNABLE TO ADV DESCRIPTION

06/13/21  23:22:42  DISPO Z:BU

Page 1

7/16/2021

**OFFENSE INCIDENT REPORT**

Agency ORI Number: FL 0110000



**SHERIFF'S OFFICE**
**COLLIER COUNTY**
**NAPLES, FLORIDA**

**WinGS**

**Report Number: 2100219249**

| | |
|---|---|
| Date and Time of Incident: | Date of Report:    Related Incident: |
| FROM:    06/13/2021 11:00 Sun | 06/13/2021 |
| TO:    06/13/2021 11:07 Sun | Dispatch Date: |
| | 06/13/2021 |
| Dispatched:    Arrival: | In-Service:    Case Suspended?    NO |
| 22:11    22:19 | 22:12 |
| Location of Incident: | Grid:    District: |
| 831 PALM VIEW DR | 01 DISTRICT 1 |
| Business Name: | |

Location Type:

Domestic Rights Given?
DCF Contacted?
Children Present?

Weapon Type:

Forced Entry?
Number of Premises:
Car Camera Footage Available:    YES

Digital Media Available:    YES
Special Circumstances:
  **DRUG INVOLVED**

Crime Scene:    **N/A (PROCESSING NOT REQUIRED)**

Investigator - Name/ID:

Notified:    Referred To:
Responded:    Assigned To:

**OFFENSES**

| Statute: | Clearance: | Commit/Attempt: | Fel/Misd: | Inc Code: | UCR: |
|---|---|---|---|---|---|
| #1: 394.463 | 9- N/A | N | N | 01009 | 9900 |
| **BAKER ACT** | | | | | |

*Whole*
*Supervisor*

| Summary: | Reporters: | 1 | Victims: | 0 | Suspects/Arrested: | 0 | Others: | 0 |
|---|---|---|---|---|---|---|---|---|
| | Witnesses: | 1 | Missing: | 0 | Property/Drug Items: | 0 | Vehicles: | 0 |

Reporting Officer:
**TERCERO,KELSEY R**

ID:    District/Section:    Unit:
4120    District 01    D1
Collier County Sheriff's Office, Naples, FL
**Approved By Supervisor**    Initials

"I certify that, to the best of my knowledge, the above information is correct and by entering my username and password, I have electronically affixed my signature to this document in accordance with FSS 668."

Case #: 21-219249

20210614034147

Date: 06-14-2021 03:41    Page:    1

**Incident Report**

Report Number: 2100219249



**PERSONS - REPORTER**

**REPORTER:**

Offenses:
#1: 394.463 BAKER ACT

| Name (Last, First Middle): | Height: Weight: Hair: | Eyes: | Ethnic Origin: |
|---|---|---|---|
| Race: Sex: Date of Birth: Age:    SSN: | Drivers License No: | St:    Expires: | |
| Place of Birth: | Citizenship: | | |
| Residence Status: | Residence Type: | Alien #: | |
| Address: | Employer/School: | | |

Home Phone:                     Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:

Officer/ID:   TERCERO,KELSEY R / 4120            Case #:  21-219249     Date:  06-14-2021 03:41     Page:   2

Incident Report

Report Number: 2100219249



**PERSONS - WITNESS**

**WITNESS:**

Offenses:
#1: 394.463 BAKER ACT

| | | | | |
|---|---|---|---|---|
| Name (Last, First Middle): | | Height: Weight: Hair: | Eyes: | Ethnic Origin: |
| **NADOLNY,MARCELLA J** | | | | |
| Race: Sex: Date of Birth: Age: SSN: | | Drivers License No: | St: | Expires: |
| **W    F    09-07-1978    42** | | | | |
| Place of Birth: | | | Citizenship: | |
| **NEW YORK** | | | | |
| Residence Status: | | Residence Type: | Alien #: | |
| Address: | | Employer/School: | | |

Home Phone:    (239) 785-5504        Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:        **NO**

Officer/ID:    **TERCERO,KELSEY R / 4120**        Case #: **21-219249**    Date: **06-14-2021 03:41**    Page:    **3**

**Incident Report**

Report Number: 2100219249



**PERSONS - MISSING**

---

**MISSING & RECOVERED:**

Offenses:
#1: 394.463 BAKER ACT

---

| | |
|---|---|
| Name (Last, First Middle):<br>**HANSRA, JASON S** | Height: Weight: Hair: Eyes: Ethnic Origin:<br>602      240      BLD      HAZ      NOT-HISPANIC |
| Race: Sex: Date of Birth: Age:  SSN:<br>W      M      05-27-1977   44 | Drivers License No:                  St:      Expires:<br>H526437771870                          05-27-2022 |
| Place of Birth: | Citizenship: |

Residence Status:                        Residence Type:        Alien #:
 **FULL YEAR**                           **LOCAL**
Address:                                 Employer/School:
 **831 PALM VIEW DR**
 **NAPLES, FL 34110**

Home Phone:   (239) 785-5155            Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:        **NO**

---

Teletype Submitted:                      Teletype Cancellation:
Photo:                                   Prints:
Hangouts:
Clothing:


Additional Comments:


Last Seen Date/Time:
Last Seen By:
Phone:
Last Seen Location:
In Company of:

Parent/Guardian Name:
Phone:
Address:

Special Identifiers:
Dentist Name:
Dentist Phone:

Hair Length:                             Skin Tone:
Hair Style:                              Complexion:
Facial Hair:                             Build:
Teeth:                                   Appearance:
Speech:                                  R/L Handed:
Amputee:                                 Treatment Received:
Behaviors:
Additional Desc:

---

Officer/ID:   **TERCERO, KELSEY R / 4120**        Case #:  21-219249      Date:  06-14-2021 03:41      Page:   4

Incident Report

Report Number: 2100219249



**NARRATIVE**

Narrative:

On June 13, 2021 I was on duty for Collier County Sheriff's Office when I was dispatched to 831 Palm View Drive, Naples in reference to someone trying to get into the window multiple times tonight.

Upon arrival, I made contact with Jason Hansra (DOB: 05-27-1977). Jason was sweating and appeared to be under the influence of some type of drug, as his pupils were extremely small, even in the dark, and he had a white foam around his mouth. He stated people were trying to get into his bedroom window. I observed the window, which was blocked by 9-foot shrubs. There was no sign that anyone was trying to break in. He stated this happens all the time. Jason further stated that he has multiple doctorates, owns 18 companies, and works with the FBI. Jason was erratic and could not stay on topic, not could be answer simple questions or stand still. He states he thinks people are coming into his house and into his safe to steal his flash drives as he is collecting evidence for a murder.

I spoke with his wife, Marcella Nadolny (DOB:09-07-1977) who stated Jason has diagnosed but untreated bipolar and goes on binges of Adderall mixed with alcohol where he becomes exceedingly paranoid. Jason told Marcella yesterday that he was going to kill her and shoot someone else with a real gun. Marcella stated Jason started complaining today that someone is making sounds in the attic and putting video recorders in the house. Marcella stated that he has had previous periods of paranoia but that it has escalated between yesterday and today. Marcella states that Jason gets Adderall from the doctor and buys more from the street. Marcella stated she is in fear for her life and was waiting to get some evidence to report to law enforcement.

Jason did reluctantly state that he has been taking Adderall but that it is his.

I feel without proper evaluation and assessment, Jason is a risk to himself and others. Thus, he was placed in protective custody under a Baker Act and transported to DLC.

MHB was notified.

*Handcuffed and not noted*

Officer/ID:   TERCERO,KELSEY R / 4120          Case #: 21-219249    Date: 06-14-2021 03:41      Page:   5

## Report of Law Enforcement Officer Initiating Involuntary Examination
### State of Florida, County of __Collier__, Florida

I, __K.TERCERO 4120__, am a law enforcement officer certified by the state of Florida.

In my opinion, __JASON HANSRA DOB 5-27-77__ appears to meet the following criteria for involuntary examination:

1. I have reason to believe said person has a mental illness as defined by s. 394.455(28), Florida Statutes: "Mental illness" means an impairment of the mental or emotional processes that exercise conscious control of one's actions or of the ability to perceive or understand reality, which impairment substantially interferes with the person's ability to meet the ordinary demands of living. For the purposes of this part, the term does not include a developmental disability as defined in Chapter 393, F.S., intoxication, or conditions manifested only by antisocial behavior or substance abuse impairment.

   **AND** because of the mental illness (check all that apply):

   ☒ a. Individual has refused voluntary examination after conscientious explanation and disclosure of the purpose of the examination; **OR**

   ☒ b. Individual is unable to determine for himself/herself whether examination is necessary; **AND**

2. Either (check all that apply):

   ☒ a. Without care or treatment said person is likely to suffer from neglect or refuse to care for himself/herself and such neglect or refusal poses a real and present threat of substantial harm to his/her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services; **OR,**

   ☒ b. There is substantial likelihood that without care or treatment the individual will cause serious bodily harm to (check one or both)    ☒ **self** ☒ **others** in the near future, as evidenced by recent behavior.

| | Yes | No |
|---|---|---|
| Was the examination initiated in the officer's capacity as a school resource officer? | ☐Yes | ☒No |
| This Individual was transported directly to a Baker Act Receiving Facility. | ☒Yes | ☐No |
| This Individual was transported from an emergency department (ED) to a Baker Act Receiving Facility. | ☐Yes | ☒No |
| This Individual was first transported to an ED to address a medical issue. | ☐Yes | ☒No |
| Has the law enforcement officer initiating this examination completed a 40-hour Crisis Intervention Team (CIT) training program? | ☐Yes | ☒No |

Circumstances supporting the belief the criteria are met, including specific information about the individual's behavioral health issues, threats and actions, and information offered by others. If school personnel are involved, please describe the nature of their involvement.

On June 13, 2021 I was on duty for Collier County Sheriff's Office when I was dispatched to 831 Palm View Drive, Naples in reference to someone trying to get into the window multiple times tonight.

Upon arrival, I made contact with Jason Hansra (DOB: 05-27-1977). Jason was sweating and appeared to be under the influence of some type of drug, as his pupils were extremely small, even in the dark, and he had a white foam around his mouth. He stated people were trying to get into his bedroom window. I observed the window, which was blocked by 9-foot shrubs. There was no sign that anyone was trying to break in. He stated this happens all the time. Jason further stated that he has multiple doctorates, owns 18 companies, and works with the FBI. Jason was erratic and could not stay on topic, not could be answer simple questions or stand still. He states he thinks people are coming into his house and into his safe to steal his flash drives as he is collecting evidence for a murder.

I spoke with his wife, Marcella Nadolny (DOB:09-07-1977) who stated Jason has diagnosed but untreated bipolar and goes on binges of Adderall mixed with alcohol where he becomes exceedingly paranoid. Jason told Marcella yesterday that he was going to kill her and shoot someone else with a real gun. Marcella stated Jason started complaining today that someone is making sounds in the attic and putting video recorders in the house. Marcella stated that he has had previous periods of paranoia but that it has escalated between yesterday and today. Marcella states that Jason gets Adderall from the doctor and buys more from the street. Marcella stated she is in fear for her life and was waiting to get some evidence to report to law enforcement.

Jason did reluctantly state that he has been taking Adderall but that it is his.

I feel without proper evaluation and assessment, Jason is a risk to himself and others. Thus, he was placed in protective custody under a Baker Act and transported to DLC.

*Kelsey Tercero*

Signature of Law Enforcement Officer

**Kelsey Tercero**

Printed Name of Law Enforcement Officer

4120

Badge or ID Number

06/13/2021

Date (mm/dd/yyyy)

11:07 □ am ☒ pm

Time (of transfer of custody from law enforcement officer to provider)

**Collier County Sheriff's Office**

Full Name of Law Enforcement Agency (printed)

21-219249

Law Enforcement Case Number

By authority of s.394.463(2) Florida Statutes. CSF 3 293 1 AC 1
CF MH3052A, ed 2020 (obsoletes previous edition.)
(Mandatory) use. Format required by Department and may not be altered.

**BAKER ACT**

**Transportation to Receiving Facility**
**Part I: General Information**

The circumstances, under which (Name of Person) _____**ABOVE**_____ was taken into custody are as follows:
**ABOVE**

Time: _____ am ☐ pm ☐    Date: _____

Place or Facility Name: **DLC**

Pick Up Address: **831 PALM VIEW DRIVE NAPLES FL**

Family members or others present when person was taken into custody

| Name | Address | Relationship | Phone Number |
|---|---|---|---|
| Marcella Nadolny | 831 Palm View Drive Naples | soon to be ex wife | |
| | | | |
| | | | |

Next of kin (if known)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Indicate personal knowledge by family members and others about the person's condition.

Delivered to (Nearest Receiving Facility):

Basis for Custody:(Check one) ☐ Ex Parte Order ☐ Certificate of Mental Health Professional ☑ Report of Law Enforcement Officer

*Kelsey TERCERO*

Signature of Law Enforcement Officer
**Kelsey Tercero**

Printed Name of Law Enforcement Officer
**4120**

Badge or ID Number

06/13/2021    11:07    ☐ am ☑ pm

Date    Time
**Collier County Sheriff's Office**

Full Name of Law Enforcement Agency
**21-218248**

Law Enforcement Case Number

# EXHIBIT C

## Selected Medical Records and Toxicology Results confirming absence of alcohol or illicit substances.

**Cordant** Health Solutions™

| Flagstaff Lab | Denver Lab | Long Island Lab | Tacoma Lab | Worcester Lab |
|---|---|---|---|---|
| 1760 E Route 66, Flagstaff, AZ 86004, 855-835-6030 | 1701 Chambers Rd, U.S.J, Aurora, CO 80011, 855-835-6030 | 783 Park Avenue, Huntington, NY 11743, 855-835-6030 | 2817 East I Street, Tacoma, WA 98421, 855-835-6030 | 413 Main Street, 4th Floor, Worcester, MA 01608, 855-835-6030 |

**Specimen Information**

| Donor Name: | HANSRA, JASON | Collected: | 06/14/2021 22:02:00 |
|---|---|---|---|
| Donor DOB: | 05/27/1977 | Received: | 06/17/2021 14:54:14 |
| Accession: | 1K2126652 | Reported: | 06/24/2021 23:15:46 |
| COC: | AM9142A14 | Donor Other ID: | 48700 |
| Type (Matrix): | Urine | Donor Case: | 48700 |
| Client Code: | 11329 | | |
| Client: | DAVID LAWRENCE CNTR CRISIS UNIT | | |
| Requested By: | MASTER LOGIN, BHT TEAM 1 CSU (82659) | | |

**Testing Results**

| Test | Result | Outcome | Cutoff | Notes |
|---|---|---|---|---|
| **Screening Tests by IA** | | | | |
| URINE: Meth/Amphetamines | | SEE BELOW | 500 ng/ml | |
| URINE: Barbiturates | | negative | 200 ng/ml | |
| URINE: Benzodiazepines | | negative | 200 ng/ml | |
| URINE: Cocaine | | negative | 150 ng/ml | |
| URINE: Methadone | | negative | 300 ng/ml | |
| URINE: Opiates | | negative | 300 ng/ml | |
| URINE: PCP | | negative | 25 ng/ml | |
| URINE: THC | | SEE BELOW | 50 ng/ml | |
| URINE: Oxycodone | | negative | 100 ng/ml | |
| URINE: Ethyl Glucuronide-ETG | | negative | 500 ng/ml | • ETG negative screen suggests alcohol was not consumed. |
| URINE: Buprenorphine/Suboxone | | negative | 5 ng/ml | |
| **Confirmation Tests** | | | | |
| **Meth/Amphetamine by LCMSMS** | | | | |
| URINE: Amphetamine | >50000 ng/ml | **POSITIVE** | 250 ng/ml | |
| URINE: Methamphetamine | Not Detected | negative | 250 ng/ml | |
| **THC by LCMSMS** | | | | |
| URINE: THC | 192 ng/ml | **POSITIVE** | 15 ng/ml | • The THC/CREATININE ratio should decrease by half every 2 - 10 days if there has been no new use. |
| URINE: THC/CREAT RATIO | | 1.56 | | |
| **Specimen Validity Tests** | | | | |
| **Specimen Validity Panel** | | | | |
| URINE: Creatinine | 121.7 mg/dl | | 20 mg/dl | • Specimen checked for unusual color, physical characteristics and abnormal instrument response. |
| Basic Adulteration Check | | normal | | |
| URINE: General Oxidants | | normal | 200 ng/ml | • The general oxidant test will detect the presence of common adulterants including nitrites, chromates, pyridinium chlorochromate, iodine, sodium, periodate, peroxide/peroxidase, iodic acid and bleach. |
| URINE: pH Screen | | normal | | |

**Additional Comments**

- Testing performed at Cordant Forensic Solutions, 1760 E Route 66, P.O. Box 70000, Flagstaff, AZ 86004.
- Tests performed under CAP-FDT certification.
- Specimen received sealed and intact unless otherwise noted.
- Specimen placed in frozen storage for 12 months
- CLIA #03D0936918, CAP-FDT #8913001
- Report Released By SEC - B.S., Certifying Scientist

*Chelsea Alfay, PA-C*
7/3/2021

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated as a forensic drug testing lab by CAP and is qualified to perform high-complexity testing under CLIA.

Page 1 of 2                    FINAL REPORT



| Flagstaff Lab | Denver Lab | Long Island Lab | Tacoma Lab | Worcester Lab |
|---|---|---|---|---|
| 1700 E Route 66 | 1701 Chambers Rd, Unit J | 789 Park Avenue | 2517 East L Street | 415 Main Street, 4th Floor |
| Flagstaff, AZ 86001 | Aurora, CO 80011 | Huntington, NY 11743 | Tacoma, WA 98421 | Worcester, MA 01608 |
| 855-835-8090 | 855-835-8090 | 855-835-8090 | 855-835-8090 | 855-835-8090 |

**Specimen Information**

| | | | |
|---|---|---|---|
| Donor Name: | HANSRA, JASON | Collected: | 08/14/2021 22:02:00 |
| Donor DOB: | 05/27/1977 | Received: | 08/17/2021 14:54:14 |
| Accession: | 1K2125852 | Reported: | 08/24/2021 23.15:45 |
| COC: | AM6142A14 | Donor Other ID: | 46700 |
| Type (Matrix): | Urine | Donor Case: | 46700 |
| Client Code: | 11329 | | |
| Client: | DAVID LAWRENCE CNTR CRISIS UNIT | | |
| Requested By: | MASTER LOGIN, BHT TEAM 1 CSU  (32659) | | |

Aaron Brown, PhD, Scientific Director

**\*\*\* END OF REPORT \*\*\***

Page 2 of 2

FINAL REPORT