**Extremely Urgent**

MAR 11 2025 AT 10:35
RCVD - USDC - FLMD - FTM

Express

CLERK OF COURT U.S DISTRICT COU
2110 1ST ST
FORT MYERS FL 33901

P:BROWN :BLACK | :41C
**307-1041**

1ZAG0183010050 **8850**    1030
SAT08485 XLE 02-1 Mar 11 06:52:34 2026
US 3390 UDC 25.9 SATOLR

**Urgent**

Visit UPS.com

Scan QR code to
schedule a pickup

**Apply shipping documents on this side.**

JASON HANSRA
(954) 465-1216
3607 STARBOARD AVE
HOLLYWOOD  FL 33026

0.5 LBS LTR
SHP WT: LTR
DATE: 10 MAR 2026

SHIP TO:
CLERK- COURT FILING
CLERK OF COURT U.S DISTRICT COURT
2110 1ST ST

FORT MYERS   FL 33901-3000



FL 339 0-01

UPS NEXT DAY AIR                    1

TRACKING #:  1Z AG0 183 01 0050 8850

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT



REF #1: TB

MM30X07CAZYQE ISH 13.00C ZZP 450 07.5U 02/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
KR1125

This envelope is for use with the following services:

Do not use this envelope for:

UPS Next Day Air®
UPS Worldwide E>
UPS 2nd Day Air®

UPS Ground
UPS Standard
UPS 3 Day Se
UPS Worldw

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt ou
personal information, please see the UPS Privacy Notice
010951033 04/21  PAC  Uni


