UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

DR. JASON S. HANSRA,

Plaintiff,

v.

Case No.: **2:25-cv-526-SPC-NPM**

MARCELLA NADOLNY et al.,

Defendants.

**PROPOSED RULE 45 SUBPOENA LANGUAGE**

**Subpoena To:**

Custodian of Records

Collier County Sheriff's Office

3319 Tamiami Trail East

Naples, Florida 34112

**Documents to Be Produced:**

Produce records sufficient to identify the full legal name, badge number, rank/title, unit assignment, and last-known business address of the Collier County Sheriff's Office employee or officer identified as **J. Woods** in connection with Plaintiff's June 13, 2021 incident, including any of the following to the extent reasonably necessary to identify that officer:

1. CAD records;

2. dispatch logs;

3.  incident reports and supplements;

4.  responding-officer rosters or assignment records;

5.  body-worn-camera assignment records or metadata; and

6.  any other records sufficient to identify the officer referenced as **J. Woods.**

This request is limited solely to identifying information necessary to effect service of process and is not intended to seek broad merits discovery.

**Place of Production:**

Produce by mail or email to:

**Dr. Jason S. Hansra, Pro Se**

3607 Starboard Avenue

Cooper City, Florida 33026

doctorhansra@gmail.com

954-465-1216