# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# FORT MYERS DIVISION

**DR. JASON S. HANSRA,**

Plaintiff,

v.

Case No.: **2:25-cv-526-SPC-NPM**

**MARCELLA NADOLNY et al.,**

Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Before Rule 26(f) to Identify Defendant J. Woods, and Motion to Extend Time to Serve Defendant J. Woods.

Upon review of the motion and the record, it is ORDERED:

1. The motion is **GRANTED** to the following extent.

2. Plaintiff may serve a narrowly tailored third-party subpoena before the Rule 26(f) conference for the limited purpose of obtaining records sufficient to identify the full legal name, badge number, rank/title, unit assignment, and last-known business address of the officer identified as **J. Woods** in connection with Plaintiff's June 13, 2021 incident.

3. Any subpoena served under this Order must be limited to records reasonably necessary to identify that officer for service of process.

4. The deadline for Plaintiff to serve Defendant J. Woods is extended to **45 days after Plaintiff receives the identifying information produced pursuant to this Order**, or until such other date as the Court may later direct.

5. All other relief not expressly granted is denied without prejudice.

DONE and ORDERED in Fort Myers, Florida, on _____, 2026.

_____

SHERI POLSTER CHAPPELL

UNITED STATES DISTRICT JUDGE