

CLERK OF COURT U.S DISTRICT COU
2110 1ST ST
FORT MYERS FL

USMS

P:BROWN S:BLACK Y:41C

307-6369

1ZAG0183292339 **2550**          2330

SATO8485 XLE 01-1 May 20 06:03:59 2026
US 3390 UDC 25.9 SATOLR

Express

Extremely Urgent

JASON HANSRA
(786) 288-1536
3607 STARBOARD AVE
HOLLYWOOD  FL 33026

1.5 LBS LTR
SHP WT: 2 LBS
DATE: 19 MAY 2026

nents on this side.

**UPS Next Day Air®**

**UPS Worldwide Express®**

**UPS 2nd Day Air®**

**UPS Ground**

**UPS Standard**

**UPS 3 Day Select®**

**UPS Worldwide Expedited®**

SHIP TO:
CLERK- COURT FILING
CLERK OF COURT U.S DISTRICT COURT
2110 1ST ST

FORT MYERS  FL 33901-3000

ly contain
a, and must weigh
han those listed



FL 339 0-01

of no commercial
ents. Visit
l as a document.

weigh 8 oz. or less.
d by weight.

UPS NEXT DAY AIR SAVER   **1P**

TRACKING #:  1Z AG0 183 29 2339 2550

nents of
breakable items.



ents printed
er. Insert
n the top.

BILLING: P/P
SIGNATURE REQUIRED



REF #1: AL

MM30X0707MKQ0 ISH 13.00C ZZP230 EP 16.5V 04/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
KR1225

an 110 years

  

ubject to the rules relating to liability and other terms and/or conditions established
g to International Carriage by Air (the "Warsaw Convention") and/or the Convention on
the "CMR Convention"). These commodities, technology or software were exported

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com
0101951033 04/21  PAC  United Parcel Service